FILED
United States Court of Appeals
Tenth Circuit

July 5, 2022

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| NELCY ALEXA RIVERA-DE LEON; SHIRLEY JOHNSON; JEFFREY BONE; CHACHA POWEL; DANIELLE PORRECA; DAVID DICKSTEIN; KELLI CAPRA; STEPHANIE MUTERS, on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs - Appellants,<br><br>and<br><br>LAKINYA BESS; MELISSA YOUNG; PIOTR TCHORZEWSKI; STEPHANIE FAUST, individually and on behalf of others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>　　Defendant - Appellee. | No. 22-1094<br>(D.C. Nos. 1:20-CV-01153-PAB-KLM, 1:20-CV-01340-PAB-KLM, 1:20-CV-01518-PAB-KLM, 1:20-CV-01689-PAB-KLM, 1:20-CV-01751-PAB-KLM, 1:20-CV-01837-PAB-KLM) |

_____

**ORDER**
_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk