UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | April 01, 2022 | Jane K. Castro<br>Chief Deputy Clerk |

Ms. Shanon Jude Carson
Berger & Montague
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Mr. Bryan L. Clobes
Cafferty Clobes Meriwether & Sprengel
205 North Monroe Street
Media, PA 10963

Jamie Hubbard
Stimson Stancil LaBranche Hubbard
1652 North Downing Street
Denver, CO 80218

**RE:**     **22-1094, Young, et al v. Frontier Airlines, Inc.**
Dist/Ag docket: 1:20-CV-01153-PAB-KLM, 1:20-CV-01340-PAB-KLM, 1:20-CV-01518-PAB-KLM, 1:20-CV-01689-PAB-KLM, 1:20-CV-01751-PAB-KLM, and 1:20-CV-01837-PAB-KLM

Dear Counsel:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Michael James Aschenbrener
David R. Dubin
Kathryn Ann Grace
Patrick Joseph Kearns
Yeremey O. Krivoshey
Jason D. Melichar
Karen Barth Menzies
Max Stuart Roberts
David Mitchell Ross Jr.
Tina Wolfson

CMW/at