# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

Young, et al

v.                                                               Case No. 22-1094

Frontier Airlines, Inc.

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Jeffrey Bone, Kelli Capra, David Dickstein, Shirley Johnson, Stephanie Muters, Danielle Porreca, Chacha Powel, and Nelcy Alexa Rivera-De Leon

Party or Parties

Appellants/Petitioners _____, in the subject case(s).

Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

[✔] On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[ ] There are no such parties, or any such parties have heretofore been disclosed to the court.

Shanon J. Carson _____        _____
Name of Counsel                                                                 Name of Counsel

/s/Shanon J. Carson _____        _____
Signature of Counsel                                                          Signature of Counsel

1818 Market Street, Suite 3600
Philadelphia, PA 19103
215-875-4656
_____        _____
Mailing Address and Telephone Number                              Mailing Address and Telephone Number

E-Mail Address scarson@bm.net _____                        E-Mail Address _____

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) 4/14/2022 _____ via (state method of service) electronic mail _____.

to Kathryn A. Grace and Patrick J. Kearns            s/ Shanon J. Carson _____
(*See* Fed. R. App. P. 25(b))                                      (Signature)

**A-5** Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Young, et al

v.

Frontier Airlines, Inc.

Case No. 22-1094

**Certificate of Interested Parties**

    The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

See attached list.

**A-5** Entry of Appearance Form 10/09

Interested Parties

Melissa Young
Piotr Tschorzewski
Lakinya Bess

Scott Adam Kamber
Michael James Aschenbrener
KamberLaw, LLC
201 Milwaukee Street
Suite 200
Denver, CO 80206
212-202-6364
skamber@kamberlaw.com
masch@kamberlaw.com

Yeremey O. Krivoshey
Max Stuart Roberts
Bursor & Fisher, P.A.
1990 North California Boulevard
Suite 940
Walnut Creek, CA 94596
925-300-4455
ykrivoshey@bursor.com
mroberts@bursor.com

Bryan L. Clobes
Nickolas Hagman
Cafferty Clobes Meriwether & Sprengel LLP-Media
Attorney Address:
205 North Monroe Street
Media, PA 10963
215-864-2800
bclobes@caffertyclobes.com
nhagman@caffertyclobes.com

Jamie Hughes Hubbard
Kathryn Stimson
Stimson Stancil LaBranche Hubbard LLC
Attorney Address:
1652 North Downing Street
Denver, CO 80218
720-689-8909
hubbard@sslhlaw.com
stimson@sslhlaw.com

Joseph G. Sauder
Sauder Schelkopf LLC
1109 Lancaster Avenue
Berwyn, PA 19312
610-200-0583
610-421-1326
jgs@sstriallawyers.com

Karen Barth Menzies
Gibbs Law Group
505 14th Street
Suite 1100
Oakland, CA 94612
510-530-9700
510-530-9701
kbm@classlawgroup.com

Adam E. Polk
Girard Sharp LLP
601 California Street
14th Floor
San Francisco, CA 94108
415-981-4800
415-981-4846
apolk@girardsharp.com

John Gerard Albanese
Berger Montague PC
1229 Tyler Street NE
Suite 205
Minneapolis, MN 55413
612-594-5999
612-584-4470
jalbanese@bm.net

David Mitchell Ross, Jr.
Wilson Elser Moskowitz Edelman & Dicker LLP-DC
1500 K Street, NW
Suite 330
Washington, DC 20005
202-626-7687
202-628-3606
david.ross@wilsonelser.com

Jason D. Melichar
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street
Suite 1700
Denver, CO 80202
303-572-5320
303-572-5301
jason.melichar@wilsonelser.com

Kathryn Ann Grace
Wilson Elser Moskowitz Edelman & Dicker LLP-McLean
8444 Westpark Drive
Suite 510
McLean, VA 22102
703-245-9300
kathryn.grace@wilsonelser.com

Patrick Joseph Kearns
Wilson Elser Moskowitz Edelman & Dicker LLP-San Diego
401 West A Street
Suite 1900
San Diego, CA 92101
619-321-6200
patrick.kearns@wilsonelser.com


William J. Katt
Wilson Elser Moskowitz Edelman & Dicker LLP-Milwaukee
Attorney Address:
740 North Plankinton Avenue
Suite 600
Milwaukee, MI 53203
414-276-8816
414-276-8819
william.katt@wilsonelser.com