# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

Young, et al.

v.

Frontier Airlines, Inc.

Case No. 22-1094

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Frontier Airlines, Inc.
Party or Parties

Appellee, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

[✓] On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[ ] There are no such parties, or any such parties have heretofore been disclosed to the court.

David M. Ross
Name of Counsel

/s/ David M. Ross
Signature of Counsel

1500 K Street, NW, Suite 330
Washington, DC 20005
(202) 626-7687
Mailing Address and Telephone Number

E-Mail Address david.ross@wilsonelser.com

Jason D. Melichar
Name of Counsel

/s/ Jason D. Melichar
Signature of Counsel

1225 17th Street, Suite 1700
Denver, CO 80202
(303) 572-5300
Mailing Address and Telephone Number

E-Mail Address jason.melichar@wilsonelser.com

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) 4/14/2022 via (state method of service) NDA/Email.

to Appellants' counsel
(*See* Fed. R. App. P. 25(b))

/s/ David M. Ross
(Signature)

**A-5** Entry of Appearance Form 10/09

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

Young, et al.

v.

Frontier Airlines, Inc.

Case No. 22-1094

**Certificate of Interested Parties**

---

      The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

Appellee Frontier Airlines, Inc. is wholly owned by Frontier Airlines Holdings, Inc. No publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock.

Attorneys not entering an appearance in this court who appeared for Frontier Airlines, Inc. in a proceeding sought to be reviewed:

William J. Katt, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
Telephone: 414-276-8816
Email: william.katt@wilsonelser.com

Kathryn A. Grace, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102
Telephone: 703-852-7869
Email: kathryn.grace@wilsonelser.com

Patrick A. Kearns, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: 619-321-6200
Email: patrick.kearns@wilsonelser.com