UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

April 15, 2022

Ms. Shanon Jude Carson
Berger & Montague
1818 Market Street, Suite 3600
Philadelphia, PA 19103

RE:    22-1094, Young, et al v. Frontier Airlines
Dist/Ag docket: 1:20-CV-01153-PAB-KLM, 1:20-CV-01340-PAB-KLM, 1:20-CV-01518-PAB-KLM, 1:20-CV-01689-PAB-KLM, 1:20-CV-01751-PAB-KLM, 1:20-CV-01837-PAB-KLM

Dear Counsel:

The district court transmitted notice that the record is complete to the clerk of this court on April 15, 2022. *See* 10th Cir. R. 11.1(A) and 31.1(A)(1).

Appellant's brief and appendix must be filed on or before May 25, 2022. Appellee may file a response brief within 30 days after service of appellant's brief. If a response brief is filed, Appellant may file a reply brief within 21 days after service of appellee's brief.

Briefs and appendices must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. Counsel are encouraged to utilize the court's Briefing and Appendix checklist when compiling their briefs and appendices. Motions for extension of time are disfavored and must comply with 10th Cir. R. 27.1 and 27.6.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Michael James Aschenbrener
David R. Dubin
Kathryn Ann Grace
Jamie Hubbard
Patrick Joseph Kearns
Yeremey O. Krivoshey
Jason D. Melichar
Karen Barth Menzies
Max Stuart Roberts
David Mitchell Ross Jr.
Tina Wolfson

CMW/na