# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES UNDER 10th Cir. R. 46.1

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| Young, et al., <br><br> Plaintiffs / Appellants <br><br> v. <br><br> Frontier Airlines, Inc. <br><br> Defendant / Appellee. | Case No. 22-1094 |

**INSTRUCTIONS:** WITHIN THE TIME PROSCRIBED IN THE COURT'S CASE OPENING LETTER FOR THE APPEAL OR OTHER PROCEEDING COUNSEL FOR A PARTY MUST EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for

Nelcy Alexa Rivera-DeLeon, Stephanie Muters, Shirley Johnson, Jeffrey Bone, ChaCha Powell, Danielle Porreca, David Dickstein and Kelli Capra
[Party or Parties]

    Plaintiffs / Appellants     in the subject case(s).
[Appellant/Petitioner or Appellee/Respondent]

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒     There are no such parties, or any such parties have already been disclosed to the court.


| Kathryn J. Stimson | Jamie Hubbard |
|---|---|
| Name of Counsel | Name of Counsel |

| *Kathryn J. Stimson* | *Jamie Hubbard* |
|---|---|
| Signature of Counsel | Signature of Counsel |

1652 Downing Street Denver, CO 80218    1652 Downing Street, Denver, CO 80218
(720) 689-8909                            (720) 689-8909
Mailing Address and Telephone Number      Mailing Address and Telephone Number

stimson@sslhlaw.com                       hubbard@sslhlaw.com
E-Mail Address                            E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on (please insert date)     April 15, 2022     via (state method of service)     CM/ECF filing system     to Clerk of Court.


(*See* Fed. R. App. P. 25(b))        (Signature) *Jamie Hubbard*

                                     (Signature) *Kathryn Stimson*

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| Young, et al.,<br><br>Plaintiffs / Appellants<br><br>v.<br><br>Frontier Airlines, Inc.<br><br>Defendant / Appellee | Case No. 22-1094 |

**Certificate of Interested Parties**

    The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

Attorneys not entering an appearance in this court but who have appeared in proceedings below are as follows:

(Attach additional pages if necessary.)