CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

April 20, 2022

Shanon J. Carson, Esq.
Berger & Montague
1818 Market Street, Suite 3600
Philadelphia, PA  19103

Kathryn J. Stimson, Esq.
Stimson Stancil LaBranche Hubbard
1652 North Downing Street
Denver, CO  80218

Jason D. Melichar, Esq.
Wilson Elser Moskowitz Edelman & Dicker
1225 17th Street, Suite 1700
Denver, CO  80202

David M. Ross, Jr., Esq.
Wilson Elser Moskowitz Edelman & Dicker
1500 K Street, Northwest, Suite 330
Washington, DC  20005

RE:  No. 22-1094 – Nelcy Alexa Rivera-De Leon, et al. v. Frontier Airlines, Inc.

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **June 8, 2022**.

Sincerely,

*David W. Aemmer*

David W. Aemmer

DWA:dm