CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

May 16, 2022

Shanon J. Carson, Esq.
Berger & Montague
1818 Market Street, Suite 3600
Philadelphia, PA  19103

David M. Ross, Jr., Esq.
Wilson Elser Moskowitz Edelman & Dicker
1500 K Street, Northwest, Suite 330
Washington, DC  20005

RE:  No. 22-1094 – Nelcy Alexa Rivera-De Leon, et al. v. Frontier Airlines, Inc.

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **July 8, 2022**.

Sincerely,

David W. Aemmer

DWA:dm