## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| NELCY ALEXA RIVERA-DE LEON; SHIRLEY JOHNSON; JEFFREY BONE; CHACHA POWEL; DANIELLE PORRECA; DAVID DICKSTEIN; KELLI CAPRA;  STEPHANIE MUTERS, on behalf of themselves and all others similarly situated,<br><br> Plaintiffs - Appellants,<br><br>and<br><br>LAKINYA BESS; MELISSA YOUNG; PIOTR TCHORZEWSKI; STEPHANIE FAUST, individually and on behalf of others similarly situated,<br><br> Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br> Defendant - Appellee. | No. 22-1094<br>(D.C. No. 1:20-CV-01153-PAB-KLM) |

_____

### STIPULATION TO DISMISS
_____

Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of Appellate Procedure 42(b), and the agreement of the parties, the undersigned hereby stipulate that the above appeal be dismissed with prejudice.  Each party shall bear their own costs on appeal.

Dated: July 5, 2022                                    Respectfully submitted,

*/s/ Shanon Jude Carson*                               */s/ David M. Ross*
SHANON JUDE CARSON, Esq.                               DAVID M. ROSS, Esq.
Attorney for Plaintiffs – Appellants                   Attorney for Defendant – Appellee
Nelcy Alexa Rivera-De Leon, Shirley                    Frontier Airlines, Inc.
Johnson, Jeffrey Bone, Chacha Powel,
Danielle Porreca, David Dickstein, Kelli               WILSON ELSER MOSKOWITZ
Capra and Shephanie Muters                             EDELMAN & DICKER, LLP
                                                       1500 K Street, NW, Suite 330
BERGER MONTAGUE PC                                     Washington, DC 20005
1818 Market Street, Suite 3600                         Tel: (202) 626-7660
Philadelphia, PA 19103                                 Email: rossd@wilsonelser.com
Tel: (215) 875-3000
Email: scarson@bm.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2022, a true and correct copy of the foregoing Stipulation to Dismiss was filed with the Clerk of Court via the CM/ECF filing system, which will send notification of such filing to all CM/ECF registrant(s) who have entered an appearance in this case.

    *s/ Shanon J. Carson*
    Shanon J. Carson