**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**July 5, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

_____

NELCY ALEXA RIVERA-DE LEON;
SHIRLEY JOHNSON; JEFFREY BONE;
CHACHA POWEL; DANIELLE
PORRECA; DAVID DICKSTEIN; KELLI
CAPRA; STEPHANIE MUTERS, on
behalf of themselves and all others
similarly situated,

     Plaintiffs - Appellants,

and

LAKINYA BESS; MELISSA YOUNG;
PIOTR TCHORZEWSKI; STEPHANIE
FAUST, individually and on behalf of
others similarly situated,

     Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

     Defendant - Appellee.

No. 22-1094
(D.C. Nos. 1:20-CV-01153-PAB-KLM,
1:20-CV-01340-PAB-KLM, 1:20-CV-
01518-PAB-KLM, 1:20-CV-01689-PAB-
KLM, 1:20-CV-01751-PAB-KLM, 1:20-
CV-01837-PAB-KLM)

_____

## ORDER

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of

the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed.

R. App. P. 42(b).

Each party will bear their own costs on appeal.  A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk